UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KEVIN P. MILLER, )
 )
       Plaintiff, )
 )
v. ) No. 4:05-CV-428-AGF
 )
DEAN ROSEN and STATE OF MISSOURI, )
 )
       Defendants. )

### ORDER OF DISMISSAL
### PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

In accordance with the order and memorandum of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's "Notice of Removal" [Doc. #1] is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this ___27th___ day of June, 2005.